IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BARBARA SUSZONNE PARKER JOBE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )   **CIVIL ACTION NO.:** |
| | )   **3:17-cv-01612-TAD-KLH** |
| **THE LINCOLN NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff Barbara Suszonne Parker Jobe ("Plaintiff") and hereby stipulates to the dismissal with prejudice of all of Plaintiff's claims against defendant The Lincoln National Life Insurance Company in the above-styled case. Each party agrees to bear its own costs, attorneys' fees, and expenses.

Dated this ___ day of March, 2018.

*s/G. Gregory Green*
G. Gregory Green
409 Bres Avenue
Monroe, Louisiana 71201
318.322.4477
318.322.4478 (fax)
lawofficegggreen@aol.com

*Counsel for Plaintiff*